IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01133-MSK-MJW

MAZEN ZABADNE,
SAMI SALHI, and
MUAYYAD MASOUD,

        Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
MARIO ORTIZ, District Director, United States Department of Homeland Security,
Denver, Colorado,

        Defendants.

## ORDER SETTING RULE 16 HEARING

THIS MATTER comes before the Court upon a Complaint for Writ of Mandamus seeking declaratory and injunctive relief filed by the Plaintiffs. In light thereof, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary.

**IT IS ORDERED**:

(1)    A hearing is set for **September 12, 2006 at 8:30 a.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel who will try the case shall attend the hearing.

(2)    No later than **August 11, 2006**, the parties shall meet and confer regarding the contents of the proposed scheduling order pursuant to Fed. R. Civ. P. 26(f).

(3)    On or before **September 1, 2006**, and in conformance with Fed. R. Civ. P. 26(f), D.C.COLO.LCivR 16.1, 16.2 and 26.1, and this Order, the parties shall prepare and submit a proposed scheduling order. The proposed scheduling order shall be in the form specified by D.C.COLO.LCivR Appendix F **except** that:

    (a)    It shall not contain a signature line for a judicial officer.
    (b)    It shall address the following:
            •    Whether discovery is required.

- • Whether there are administrative records pertinent to determination of the Plaintiffs' claims.
- • Whether there are any stipulated facts which bear upon determination of the Plaintiffs' claims.
- • Whether the case should be severed into three separate cases.

(c) It shall not address the matters set forth in Section 8 (Case Plan and Schedule), Section 10 (Other Scheduling Issues) or Section 11 (Dates for Further Conferences) of Appendix F.

(4) At the scheduling conference, the parties shall be prepared to address the issues covered by the proposed scheduling order and any other issues enumerated in Fed. R. Civ. P. 16(c).

(5) No later than **July 5, 2006**, the Plaintiffs shall serve a copy of this Order on the Defendants with the Complaint, or without the Complaint if the Complaint has already been served on the Defendants, and file a certificate of service with the Court no later than **July 12, 2006**.

Dated this 19th day of June, 2006

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge

2