**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Barbara Wagner          Date: September 12, 2006
Court Reporter:  Paul Zuckerman

Civil Action No. 06-cv-01133-MSK

*Parties*:                                           *Counsel Appearing*:

MAZEN ZABADNE,
SAMI SALHI, and
MUAYYAD MASOUD,

      Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND            Elizabeth Weishaupl
IMMIGRATION SERVICES,
MARIO ORTIZ, District Director, United
States Department of Homeland Security,
Denver, Colorado,

      Defendants.

---

## RULE 16 SCHEDULING CONFERENCE

---

**8:47 a.m.**     **Court in session.**

Discussion regarding non-appearance of counsel for the Plaintiffs.

Discussion regarding claims in the case and the motion to stay.

**ORDER:**     The claims of Mr. Zabadne are dismissed as moot. The claims of Sami Salhi and Muayyad Masoud remain.

**ORDER:**     The Court will stay the matter of Muayyad Masoud for 120 days which expires on **December 26, 2006**. On that date, the Government will either file an answer or a motion to dismiss or other appropriate response.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** Stipulated Motion to Vacate Order, Set/Reset Hearings and Hold Matter in Administrative Abeyance **(Doc #8) is denied in part and granted in part.**
It is denied with respect to the vacation of today's hearing, but granted as to the extension of time or filing of a response to the complaint.

**9:10 a.m.** **Court in recess.**

**Total Time: 23 minutes**
**Hearing concluded.**