IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01133-MSK-MJW

SAMI SALHI, and
MUAYYAD MASOUD,

       Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
MARIO ORTIZ, District Director, United States Department of Homeland Security,
Denver, Colorado,

       Defendants.

## ORDER REGARDING COMPLIANCE WITH RULES

**THIS MATTER** comes before the Court on Plaintiff's First Motion for Leave to Amend Complaint **(#22)** filed June 21, 2007. The Plaintiffs have not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the **Motion (#22) is DENIED**, without prejudice.

Dated this 21st day of June, 2007

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge