IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01133-MSK-MJW

SAMI SALHI,

        Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
MARIO ORTIZ, District Director, United States Department of Homeland Security,
Denver, Colorado,

        Defendants.

---

## ORDER REMANDING CASE TO THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES FOR ADJUDICATION OF NATURALIZATION APPLICATION

---

THIS MATTER came before the Court for a law and motion hearing on October 5, 2007. Based upon the argument and representations of counsel, and the agreement of the parties that the matter should be remanded to the United States Citizenship and Immigration Services,

**IT IS ORDERED** that pursuant to 8 U.S.C. § 1447(b), the case is remanded to the United States Citizenship and Immigration Services (USCIS) for adjudication of Plaintiff Sami Salhi's application for naturalization.  The USCIS shall complete its adjudication of Mr. Salhi's application for naturalization no later than November 5, 2007.  The Clerk of Court is directed to

close this case.

Dated this 5th day of October, 2007

**BY THE COURT:**

Marcia S. Krieger
United States District Judge